# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

145416-7 & (87)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re CULLEN ALEXANDER TIEMANN.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

CULLEN ALEXANDER TIEMANN,
      Respondent-Appellant.

SC:  145416-7
COA:  303813; 306407
Ionia CC – Juvenile Division:
2010-000169-DL

_____/

      On order of the Court, the motion for leave to file brief amicus curiae is GRANTED.  The application for leave to appeal the July 3, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk

h0327